**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF CALIFORNIA**

FILED

2010 JUL -2 AM 8: 36

CLERK US DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

BY_____ DEPUTY

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO. 10cr2243-JAH |
| Plaintiff, | |
| vs. | **JUDGMENT OF DISMISSAL** |
| JORGE ABARCA RODRIGUEZ, | |
| Defendant. | |

IT APPEARING that the defendant is now entitled to be discharged for the reason that:

 X   an indictment has been filed in another case against the defendant and the Court has granted the motion of the Government for dismissal of this case, without prejudice; or

____ the Court has dismissed the case for unnecessary delay; or

____ the Court has granted the motion of the Government for dismissal; or

____ the Court has granted the motion of the defendant for a judgment of acquittal; or

____ a jury has been waived, and the Court has found the defendant not guilty; or

____ the jury has returned its verdict, finding the defendant not guilty;

 X   of the offense(s) of: 8:1326 (a) and (b)

        IT IS THEREFORE ADJUDGED that the defendant is hereby discharged.

DATED: 7/1/10

_____
JAN M. ADLER
UNITED STATES DISTRICT JUDGE


ENTERED ON _____